IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL BROWN<br>on behalf of herself individually,<br>and ALL OTHERS SIMILARLY<br>SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>RELIABLE MOBILE LABS<br>GEORGETOWN, LLC.<br><br>Defendant. | § § § § § § § § § § § § § § | Civil Action No.<br><br><br>COLLECTIVE ACTION<br>(JURY TRIAL) |

## PLAINTIFF'S ORIGINAL COMPLAINT

### SUMMARY

1. Reliable Mobile Labs Georgetown, LLC does not pay its Certified Mobile Phlebotomist Technicians overtime as required by the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the FLSA). Instead, Reliable Mobile Labs Georgetown, LLC pays its Certified Mobile Phlebotomist Technicians straight time, not time and a half for overtime hours worked. Because these workers are employees under the FLSA, Crystal Brown, and the other Certified Phlebotomist Technicians are entitled to recover unpaid overtime as well as other damages, including damages for unlawful retaliation.

2. Reliable Mobile Labs Georgetown, LLC has a policy, enforced at all of its locations throughout the United States, denying Plaintiff and putative class members compensation at time and a half, and paying only straight time for hours worked above forty (40) per week.

1

3. Defendant Reliable Mobile Labs Georgetown, LLC is a Domestic Corporation with locations throughout Texas. It may be served with process through its Registered Agent, Dave S. Jones at 12114 Medina Mill San Antonio, Texas 78253.

4. Whenever in this complaint it is alleged that the named Defendant committed any act or omission, it is meant that Defendant's officers, directors, vice-principals, agents, servants, parent company, subsidiaries or employees committed such act or omission and that at the time such act or omission was committed, it was done in the routine normal course and scope of employment of Defendant's officers, directors, vice-principals, agents, servants, parent company, subsidiaries or employees.

5. At all material times, Defendant has been an employer within the meaning of 3(d) of the FLSA 29 U.S.C. § 203(r).

6. To be clear, this complaint and the allegations contained herein are of the conduct of Defendant Reliable Mobile Labs Georgetown, LLC who maintained a uniform pay policy denying overtime wages to its Certified Mobile Phlebotomist Technicians and paying them only straight time for hours worked above forty at all of its locations throughout the state of Texas and the United States.

7. Defendant Reliable Mobile Labs Georgetown, LLC employed Plaintiff and putative class members at its Georgetown, Texas location and other locations throughout the state of Texas and the United States.

8. Defendant managed Plaintiff and putative class members throughout the course and scope of their employment.

9. Putative class members are all similarly situated Certified Mobile Phlebotomist Technicians who were hired and worked at Reliable Mobile Labs Georgetown, LLC and were paid straight time instead of time and a half for hours worked above forty (40) per week.

## JURISDICTION AND VENUE

10. This court has federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

11. Venue is proper because defendant has locations in the Southern District of Texas and many of the relevant facts occurred there.

## PARTIES

12. Crystal Brown worked for Reliable Mobile Labs Georgetown, LLC as a Certified Mobile Phlebotomist Technician. Her written consent is attached.

13. Plaintiff was hired and employed by Reliable Mobile Labs Georgetown, LLC at its Houston, Texas location. The type of work performed by plaintiff is consistent with non-exempt employment under the FLSA. Defendant is therefore obligated to pay its non-exempt employees overtime under the FLSA.

14. The "FLSA Class Members" are all Certified Mobile Phlebotomist Technicians who were hired and employed by Reliable Mobile Labs Georgetown, LLC at all locations throughout the United States, while not being paid time and a half for overtime hours worked in the last 3 years.

## FACTS

15. Crystal Brown was an employee of Reliable Mobile Labs Georgetown, LLC at its location in Houston, Texas.

16. Crystal Brown was not an independent contractor, she was an employee paid based upon the number of miles she drove each day instead of an hourly rate.

17. No exemption to the provisions of the FLSA excused defendant from its obligation under the FLSA to pay Crystal Brown time and a half for the hours worked past forty (40) each week while employed by defendant.

18. Reliable Mobile Labs Georgetown, LLC paid Plaintiff Crystal Brown based upon the number of miles she drove and did not pay her minimum wage or compensate her at the proper overtime rate for the hours above forty (40) that she worked each week.

19. Crystal Brown began her employment tenure with Defendant on November 8, 2016 and was employed as a Certified Mobile Phlebotomist Technician.

20. Plaintiff's primary job duties included driving to see patients, taking blood samples from patients, processing the blood samples she collected, and taking the blood to other facilities. The majority of her time was spent actually drawing and processing blood samples, not driving.

21. Plaintiff was required to use her own vehicle and was not reimbursed for gas or maintenance on her vehicle.

22. The work performed by Plaintiff is the primary type of work that the company provides for their respective customers.

23. The work performed by Plaintiff is an essential part of the services provided for Defendant's Customers.

24. Reliable Mobile Labs Georgetown, LLC's Certified Mobile Phlebotomist Technicians relied on Defendant for their work.

25. Reliable Mobile Labs Georgetown, LLC determined where its Certified Mobile Phlebotomist Technicians worked and how they performed their duties.

26. Reliable Mobile Labs Georgetown, LLC has Certified Mobile Phlebotomist Technicians at all locations that work exclusively for Reliable Mobile Labs Georgetown, LLC since they work 12 hours a day, as a practical matter, they cannot work anywhere else.

27. Certified Mobile Phlebotomist Technicians are not permitted to hire other workers to perform their jobs for them.

28. The Certified Mobile Phlebotomist Technicians do not employ staff, nor do they maintain independent places of business.

29. Certified Mobile Phlebotomist Technicians employed by defendant are paid based upon the miles they travel. They cannot earn a "profit" by exercising managerial skill.

30. The Certified Mobile Phlebotomist Technicians employed by Defendant cannot suffer a loss of capital investment. Their only earning opportunity is based on the miles they travel to see patients, which is controlled exclusively by Reliable Mobile Labs Georgetown, LLC

31. Reliable Mobile Labs Georgetown, LLC pays Certified Mobile Phlebotomist Technicians in return for their labor.

32. Reliable Mobile Labs Georgetown, LLC keeps records of the places it instructed its Certified Mobile Phlebotomist Technicians to travel. Defendant also keep records of the amount of pay plaintiff and putative class members receive.

33. Despite knowing of the FLSA's requirements and that Plaintiff and putative class members regularly worked more than 40 hours in a workweek, Defendant paid them based upon the number of miles they drove instead of an hourly rate.

34. Defendant failed to pay Plaintiff and putative class members minimum wage and did not pay at the proper overtime rate for hours worked above forty (40) each week.

35. Plaintiff and putative class members seek unpaid overtime wages for the three year period of time preceding the filing of this lawsuit.

## COLLECTIVE ACTION ALLEGATIONS

36. In addition to Crystal Brown, defendant employed approximately fifty Certified Mobile Phlebotomist Technicians at the location where Plaintiff worked. These Certified Phlebotomist Technicians worked over forty hours per week and were paid based on the number of miles they drove. They were not paid minimum wage nor were they paid time and a half for overtime hours worked. These FLSA Class Members performed similar job duties and they were subjected to the same unlawful pay policies. The FLSA Class Members are similarly situated to Crystal Brown.

37. The FLSA Class Members should be notified of this action and given the chance to join pursuant to 29 U.S.C. § 216(b). Therefore, the class is properly defined as:

> **All Certified Mobile Phlebotomist Technicians who performed work while not receiving minimum wage and were not paid time and a half for overtime hours worked in the last three years.**

## CAUSE OF ACTION – VIOLATION OF THE FLSA

38. By failing to pay Plaintiff and the FLSA Class Members overtime at one and one-half times their regular rates, Reliable Mobile Labs Georgetown, LLC violated the FLSA.

39. Reliable Mobile Labs Georgetown, LLC owes Plaintiff and the FLSA Class Members overtime wages equal to one-half their regular rates for each overtime hour worked during the last three years.

40. Reliable Mobile Labs Georgetown, LLC knew, or showed reckless disregard for whether, its failure to pay overtime violated the FLSA. Its failure to pay overtime to Plaintiff and the FLSA Class Members is willful.

41. Reliable Mobile Labs Georgetown, LLC owes Plaintiff and the FLSA Class Members an amount equal to all unpaid overtime wages as well as liquidated damages.

42. Plaintiff and the FLSA Class Members are entitled to recover all reasonable attorneys' fees and costs incurred in this action.

**PRAYER**

Plaintiff prays for relief as follows:

1. An order allowing this action to proceed as a collective action under the FLSA and directing notice to the FLSA Class Members;

2. Judgment awarding Plaintiff and the FLSA Class Members all unpaid overtime compensation, liquidated damages, attorneys' fees and costs under the FLSA;

3. An award of post-judgment interest on all amounts awarded at the highest rate allowable by law; and

4. All such other and further relief that Plaintiff and the FLSA Class Members are justly entitled.

Respectfully submitted:

THE FOLEY LAW FIRM
By: /s/ *Taft L. Foley II*
Taft L. Foley, II
Federal I.D. No. 2365112
State Bar No. 24039890
3003 South Loop West, Suite 108
Houston, Texas 77054
Phone: (832) 778-8182
Facsimile: (832) 778-8353
Taft.Foley@thefoleylawfirm.com

**ATTORNEYS FOR PLAINTIFFS**