IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CRYSTAL BROWN** on behalf of herself individually, and **ALL OTHERS SIMILARLY SITUATED** § § § § § **Plaintiffs,** § § v. § **RELIABLE MOBILE LABS GEORGETOWN, LLC.** § § § **Defendant.** § | Civil Action No. **4:18-cv-00745** **COLLECTIVE ACTION** **(JURY TRIAL)** |

## AGREED ORDER OF DISMISSAL

On this day, the Court considered the Parties' Agreed Stipulation of Dismissal and proposed Agreed Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41. After consideration, the Court finds that Plaintiff's claims against Defendant Reliable Mobile Labs Georgetown, LLC. should be dismissed.

It is therefore ORDERED that Plaintiff's claims against Defendant Reliable Mobile Labs Georgetown, LLC. are hereby dismissed.

Signed this __9th__ day of __April__, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE